ClibPDF - www.fastio.com

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 1 6 2000

MICHAEL N. MILBY, CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff* | § § | C.A. ___H-00-1136___ |
| *versus* | § § | (Claim: 115240/115241) |
| | § § | |
| JOHN D. BELL, | § § | |
| *Defendant* | § § | |

## Default Judgment

Because John D. Bell has failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from John D. Bell:

1. <u>Claim 115240:</u>

   A.   Principal of:                                                                    $  851.00

   B.   Total interest accrued as of the date of the Certificate of Indebtedness (March 17, 1999):                              $  858.04

   C.   Administrative Charges:                                                 $    0.00

   D.   Attorney's fees of:                                                          $  250.00

   E.   Total Owed - Claim 115240:                                         <u>$ 1,959.04</u>

2. <u>Claim 115241:</u>

   A.   Principal of:                                                                    $ 2,959.00

-1-

B.     Total interest accrued as of the date of the Certificate of Indebtedness (March 17, 1999):                                    $ 3,456.04

C.     Administrative Charges:                                                 $     0.00

D.     Attorney's fees of:                                                     $   550.00

E.     Total Owed - Claim 115241:                                        $ 6,965.04

Total Owed (Claim 115240 + 115241)                                      $ 8,924.08

The Total Owed is after credits of $ 0.00.

Pre-judgment interest accrues 8.00% per annum, being $ 0.19 per day, to the date of judgment on 115240, and at the rate of 9.13 per annum, being $0.74 to the date of judgment on 115241, and post-judgment interest at _6.197_ % per annum.

Signed _____, 2000 at Houston, Texas.

United States District Court
**S I G N E D**

MAY 1 6 2000

Judge Lynn N. Hughes

_____
Lynn N. Hughes
United States District Judge

-2-