UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-00-1136 |
| | § | (Claim: 115240/115241) |
| JOHN D. BELL, | § | |
| | § | |
| Defendant. | § | |

## ABSTRACT OF JUDGMENT

| | |
|---|---|
| Judgment Date | May 16, 2000 |
| Judgment in Favor of: | UNITED STATES OF AMERICA<br>c/o Plaintiff's Attorney (*See Below)<br>Cersonsky, Rosen & García, P.C. |
| Judgment Against: | John D. Bell |
| Amount of Judgment: | Claim 115240: $851.00 Principal;<br>            $858.04 Total Interest Accrued<br>                        (As of March 17, 1999)<br>Claim 115241: $2,959.00 Principal;<br>            $3,456.04 Total Interest Accrued<br>                        (As of March 17, 1999) |
| Amount of Costs: | Claim 115240: $   250.00 Attorney's Fees<br>            $   0.00 Administrative Charges<br>Claim 115241: $   550.00 Attorney's Fees;<br>            $   0.00 Administrative Charges |
| Pre-judgment Rate of Interest: | Claim 115240: 8.00 % Interest Rate<br>            $       0.19 Daily Accrual<br>Claim 115241: 9.13 % Interest Rate<br>            $       0.74 Daily Accrual |
| Post-judgment Rate of Interest: | 6.197 % |
| Amount of Credits Since Judgment: | None. |

| Amount Due: | $ |
|---|---|

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court for the Southern District of Texas, in the above captioned case.

Dated: 8 | 21 | 10

DAVID BRADLEY, Clerk

By: 

Deputy Clerk

* Return to:   CERSONSKY, ROSEN & GARCÍA, P.C.
          1770 St. James Place, Suite 150
          Houston, Texas  77056