UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States of America,                          §
                                                   §
    Plaintiff,                 §
                                                   §
vs.                                                §        Civil Action No. H-00-1136
                                                   §        (Claim: 115240/115241)
John D. Bell,                                      §
                                                   §
    Defendant.                 §

### Release of Judgment

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

On May 16, 2000, judgment was rendered against JOHN D. BELL in the above styled and numbered cause. The judgment against JOHN B. BELL has been discharged by the United States Department of Education, therefore, he is no longer liable to pay this debt.

UNITED STATES OF AMERICA, the owner of the above described judgment against JOHN D. BELL gives notice that the judgment in Cause No. H-00-1136 is hereby released and the United States releases JOHN D. BELL and all liens existing by reason of such judgment upon any property of JOHN D. BELL.

Respectfully submitted,

By: _____

M. H. Cersonsky, TBA#04048500
U. S. Southern Dist. #5082
1770 St. James Place, Suite 150
Houston, Texas 77056
Tel. No. (713) 600-8500
Fax No. (713) 600-8585
Attorney for Plaintiff

Of Counsel:
Cersonsky, Rosen & García, P.C.

## Verification

STATE OF TEXAS                    §
                                 §
COUNTY OF HARRIS                 §

BEFORE ME, the undersigned authority, on this day personally appeared M. H. Cersonsky, who, being by me duly sworn, on his oath stated that he has read the foregoing Satisfaction and Release of Judgment and that every statement of fact contained therein is within his personal knowledge and true and correct. He further acknowledged to me that he executed the foregoing instrument on behalf of the Plaintiff and that he had the authority to do so for the purposes and consideration therein expressed.



_____
M. H. Cersonsky

SUBSCRIBED AND SWORN TO BEFORE ME on August 20, 2013, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

EDDITH SALAZAR
MY COMMISSION EXPIRES
June 30, 2015